# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **v.** § | **CRIMINAL NO. 4:16-CR-57-SDJ-KPJ** |
| **BRANDON JAMES CLARK** § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 1, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #49) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with twelve (12) months supervised release to follow with the same previously imposed conditions.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months with twelve (12) months supervised release to follow with the same previously imposed conditions. Defendant must reside in a residential reentry center or similar facility, in a community corrections component, for a period of one-hundred eighty (180) days to commence upon release. The Court recommends that Defendant be placed in the Bureau of Prisons facility in Texarkana, Texas.

**So ORDERED and SIGNED this 15th day of September, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE